IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| M.L. Kishigo Manufacturing Company, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 26-00238 |
| | ) | |
| U.S. CUSTOMS AND BORDER PROTECTION; | ) | |
| RODNEY S. SCOTT, in his official capacity as | ) | |
| Commissioner of U.S. Customs and Border | ) | |
| Protection; and the United States of America, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR ERRATA**

Pursuant to Rule 3(e) of the Rules of the United States Court of International Trade, Plaintiff respectfully moves for leave to amend the summons in this action to reflect the correct name of the Plaintiff and the correct court number in the case caption of the Summons.

In support of this motion, Plaintiff states as follows:

1. The summons in this action was filed on January 8, 2026.

2. The summons presently shows "Liberty Glove & Safety, LLC," as the Plaintiff in the case caption with a Case No. of 26-00234. See Attachment 2.

3. The correct Plaintiff in this action is M.L. Kishigo Manufacturing Company, LLC, as shown in the case caption of all other documents filed in this action under Case no. 26-00238. Please reference Attachment 3.

4. Plaintiff seeks to amend the summons solely to correct the caption shown on the summons form, which was incorrectly submitted due to technological error. No other substantive change is requested.

5. Rule 3(e) expressly provides that "the court may allow a summons to be amended at any time, in its discretion and upon such terms as it deems just, unless it clearly appears that material prejudice would result to the substantial rights of the party against whom the amendment is allowed."

6. The requested amendment is purely administrative, will not cause prejudice to any party, and is sought in the interest of accuracy and proper form.

7. On January 9, 2026, Plaintiff conferred with the U.S. Department of Justice via e-mail and was given consent to file this motion.

- 2 -

WHEREFORE, Plaintiff respectfully requests that the Court:

    (a) Accept Plaintiff's amended summons (Attachment 3) to reflect the correct name of the Plaintiff and the correct case number; and

    (b) Direct that the amended summons (Attachment 3) be accepted for filing and deemed filed as of the date of the Court's order.

                                                   Respectfully submitted,

Dated:    January 9, 2026                     /s/ Robert A. Shapiro
                                                    Robert A. Shapiro
                                                    THOMPSON COBURN LLP
                                                    1909 K Street, NW
                                                    Suite 600
                                                    Washington, DC  20006
                                                    Tel: (202) 585-6926
                                                    rshapiro@thompsoncoburn.com

                                                     *Counsel for Plaintiff*

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| M.L. Kishigo Manufacturing Company, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 26-00238 |
| | ) | |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the United States of America, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Leave to Amend Summons and pursuant to Rule 3(e) of the Rules of the United States Court of International Trade, it is hereby:

ORDERED that Plaintiff's motion is GRANTED; and it is further

ORDERED that the amended summons reflecting the correct name of the Plaintiff, M.L. Kishigo Manufacturing Company, LLC, shall be accepted for filing and deemed filed as of the date of this Order.

SO ORDERED.

_____

[Judge's Name]

Judge, U.S. Court of International Trade

Dated: [_____], 2026

New York, New York

**ATTACHMENT 1**

**List of Changes**

1. The Summons (Form 4) was amended to remove "Liberty Glove & Safety, LLC," as the Plaintiff in the case caption, and include M.L. Kishigo Manufacturing Company, LLC, the correct Plaintiff.

2. The Summons (Form 4) was amended to remove "26-00234" as the Court Number in the case caption, and include 26-00238, the correct Court Number.

- 5 -

## ATTACHMENT 2

## (INCORRECT SUMMONS)

Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**                    FORM 4

|  |  |
|---|---|
| _____<br><br>                                    Plaintiff,<br>v.<br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the<br>UNITED STATES,<br>                                    Defendant. | **SUMMONS**<br>Court No._____<br><br>26-00238 |

**TO:**   The Above-Named Defendant:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



**/s/ Gina Justice**
Clerk of the Court

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

_____
Signature of Plaintiff's Attorney

_____
        Date

\*  If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

**ATTACHMENT 3**

**(AMENDED/CORRECTED SUMMONS)**

Form 4-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM 4

|  |
|---|
| Plaintiff,<br>v.<br>U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES,<br>Defendant. |

**SUMMONS**
Court No.

**TO:**   The Above-Named Defendant:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21* days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**/s/ Gina Justice**
Clerk of the Court

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

_____
Signature of Plaintiff's Attorney

_____
        Date

\*  If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007**;** Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

# CERTIFICATE OF SERVICE

## CIT Case No. 26-00238

      Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on January 09, 2026, I served a copy of the Plaintiff's Motion for Errata by certified mail, return receipt requested, upon the following:

| | |
|---|---|
| Attorney-In-Charge<br>International Trade Field Office<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>26 Federal Plaza<br>New York, N.Y. 10278 | Attorney-In-Charge<br>Office of Chief Counsel<br>U.S. Customs and Border Protection<br>1300 Pennsylvania Ave., NW<br>Washington, D.C. 20229 |
| Attorney-In-Charge<br>Commercial Litigation Branch<br>U.S. Department of Justice<br>1100 L Street, NW<br>Washington, D.C. 20005 | |

                                        */s/ Robert A. Shapiro*
                                          Attorney Name